KRAMER LEVIN NAFTALIS & FRANKEL LLP
Robert T. Schmidt (RS-8881)
P. Bradley O'Neill, Esq. (PO-5832)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| CORAM CAPITAL LLC, <u>et</u> <u>al</u>., : | Case No. 05-60169 (REG) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF OCCURRENCE OF**
**EFFECTIVE DATE OF DEBTORS' FOURTH AMENDED**
**PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE**
**BANKRUPTCY CODE, DATED JANUARY 29, 2007, AS MODIFIED**

PLEASE TAKE NOTICE that the Effective Date of the Debtors' Fourth Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, Dated January 29, 2007, as Modified, for Berry-Hill Galleries, Inc. and Coram Capital LLC, occurred on March 2, 2007.

Dated: New York, New York
March 5, 2007

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        /s/ P. Bradley O'Neill
        Robert T. Schmidt (RS 8881)
        P. Bradley O'Neill, Esq. (PO-5832)
        1177 Avenue of the Americas
        New York, New York 10036
        (212) 715-9100

        Attorneys for Debtors and Debtors-in-Possession